SANDOR W. SURREY, Appellant, v. HOWARD CAMPBELL, Respondent.—

Christ, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.

In the Matter of INCORPORATED VILLAGE OF HEWLETT BAY PARK, Appellant, Relative to Acquiring Title to Real Property for Storage Purposes. JOSEPH KLEIN et al., Respondents.

Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

## THIRD DEPARTMENT, MAY, 1967

### (May 1, 1967)

MARIE E. SIVERTSEN et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 39986.) — MEMORANDUM BY THE COURT.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by the court.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID D. TAYLOR, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— MEMORANDUM BY THE COURT.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.